No. 669. S. WARREN LAMSON ET AL., PETITIONERS, *v.* CHARLES F. HUTCHINS, EXECUTOR, ETC.   April 27, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Wm. H. Barnum* for petitioners.   No appearance for respondent.

---

No. 672. THE STEAMSHIP ELY, ETC., PETITIONER, *v.* WILLIAM B. BOWRING ET AL.   April 27, 1903.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for petitioner.   *Mr. Wilhelmus Mynderse* for respondents.

---

## Cases Disposed of Without Consideration by the Court.

### From March 2 to May 3, 1903.

No. 233. CHARLES DOHERTY, PLAINTIFF IN ERROR, *v.* STATE OF VERMONT.   Error to the Supreme Court of the State of Vermont.   March 2, 1903.   Dismissed, on authority of counsel for plaintiff in error.   *Mr. Tracy L. Jeffords* for plaintiff in error.   *Mr. C. A. Prouty* for defendant in error.

---

No. 184. CONTRACTING AND BUILDING COMPANY OF KENTUCKY, PETITIONER, *v.* CONTINENTAL TRUST COMPANY.   March 4, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit dismissed for the want of prosecution.   *Mr. Thomas Emery* and *Mr. John Ford* for petitioner.   No appearance for respondent.